488

Manuela M. HENDERSON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3294.

United States Court of Appeals,
Federal Circuit.

Sept. 28, 2005.

Before MAYER, CLEVENGER, and
GAJARSA, Circuit Judges.

CLEVENGER, Circuit Judge.

*ORDER*

Manuela M. Henderson requests that
the court accept her untimely petition for
review.

On April 22, 2005, the Merit Systems
Protection Board issued a final decision in
*Henderson v. Office of Personnel Management,* No. SF–0831–01–0634–I–3, 2005 WL
1017290, specifying that its decision was
final and that any petition for review must
be received by this court within 60 calendar days of receipt of the Board's decision.
Henderson states that she received the
Board's decision on May 23, 2005, and the
Board's records reflect the same date.
Henderson's petition for review was received by the court on July 26, 2005, 64
days after her receipt of the Board's decision.

Our review of a Board decision is governed by 5 U.S.C. § 7703(b)(1), which provides that "[n]otwithstanding any other
provision of law, any petition for review
must be filed within 60 days after the date
the petitioner received notice of the final
order or decision of the Board." We have
stated that "[c]ompliance with the filing
deadline of 5 U.S.C. § 7703(b)(1) is a prerequisite to our exercise of jurisdiction."
*Oja v. Department of the Army,* 405 F.3d
1349, 1360 (Fed.Cir.2005). Under the time
provision of the statute, Henderson's petition for review was due in this court within
60 days of receipt of the Board's final
decision, i.e., by July 22, 2005. Because
Henderson's petition for review was received on July 26, 2005, 4 days late, the
court must dismiss Henderson's petition as
untimely.

Accordingly,

IT IS ORDERED THAT:

(1) Henderson's request that we accept
her untimely petition for review is denied.

(2) Henderson's petition for review is
dismissed.

(3) Each side shall bear its own costs.

(4) The revised official caption is reflected above.

(5) All pending motions are moot.

Alice LEE–WHITE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3299.

United States Court of Appeals,
Federal Circuit.

Sept. 28, 2005.

Alice Lee–White, pro se.